180 So. 897

**Dewey CUMMINGS v. STATE.**

5 Div. 49.

Court of Appeals of Alabama.
April 19, 1938.

A. A. Carmichael, Atty. Gen., for the State.

RICE, Judge.
Affirmed.